**COMMISSIONER OF INTERNAL REVENUE v. 'A. W. LEONARD.**

No. 541.

Circuit Court of Appeals, Tenth Circuit.

Sept. 14, 1931.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. ·C., for petitioner.

Phil. D. Morelock, of Kansas City, Mo., for respondent.

Before LEWIS and McDERMOTT, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed, on motion of petitioner.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Elizabeth W. LYMAN, and William H. Lyman, Jr., Executors of the Will of William H. Lyman, Deceased, Respondent.**

No. 6769.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by counsel for respondent, and good cause therefor appearing, ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

**John L. CONLEY, Libelant-Appellant, v. UNITED STATES of America, Respondent-Appellee.**

No. 124.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1932.

Lucien V. Axtell, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (John C. Donovan, of New York City, of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

**DIXIE STEAMSHIP COMPANY, Inc., et al., Appellants, v. AMERICAN PITCH PINE EXPORT COMPANY et al., Appellees.**

No. 6523.

Circuit Court of Appeals, Fifth Circuit.

March 10, 1932.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

In the above numbered and entitled cause come the appellees, American Pitch Pine Export Company and American Hardwood Exporters, Inc., through their counsel, Messrs. Spencer, Gidiere, Phelps & Dunbar, and confess that, in the record, and proceedings had before the United States District Court for the Eastern District of Louisiana, there is reversible error.

Because of said error so confessed, it is ordered, adjudged and decreed that the judgment of the said District Court of the United States for the Eastern District of Louisiana in said cause be, and the same is, reversed, and that said cause be, and it is hereby, remanded to the said District Court with instructions to dissolve the injunction pendente lite and to dismiss the petition and intervening petition for want of jurisdiction, at the cost of the appellees.

It is further ordered that the mandate of this court issue without delay.